## CRUZ v. STATE.
### No. 22376.

Court of Criminal Appeals of Texas.

Feb. 3, 1943.

Oliver W. Johnson, of San Antonio, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon his plea of guilty before the court appellant was convicted of the offense of receiving and concealing stolen property, and his punishment assessed at one year in the county jail.

The record is before this court without a statement of facts or bills of exceptions, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.